IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00706-GCM

| | |
|---|---|
| CARLOS SILVA,<br><br>**Plaintiff,**<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P.,<br><br>**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning William M. Kaludis (Doc. No. 7).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Kaludis is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Carlos Silva.

**IT IS SO ORDERED**.

Signed: February 17, 2021

Graham C. Mullen
United States District Judge